IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| The Violet Pot, LLC ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 5:07-cv-050-M |
| ) | |
| v. ) | |
| ) | |
| Lowe's Companies, Inc. ) | |
| and Lowe's Home Centers, Inc. ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**THIS MATTER** comes before the Court on Plaintiff's Motion to Stay further proceedings in this action (Document # 27). It appears to the Court that good reasons exist for granting the requested relief, therefore, Plaintiff's Motion is **GRANTED**.

Further activity in the above-captioned proceeding is stayed pending resolution of the Rule 60 Motion in the related case of *Lowe's Companies, Inc. et. al. v. The Violet Pot d/b/a TVP Pottery, Civil Action No. 5:06-cv-094(M)*.

IT IS SO ORDERED

Signed: October 29, 2007

Graham C. Mullen
United States District Judge