IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:07CV50

| | |
|---|---|
| The Violet Pot, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Lowe's Companies, Inc. )<br>and Lowe's Home Centers, Inc. )<br>)<br>Defendants. )<br>) | ORDER |

THIS MATTER is before the Court upon Plaintiff's Stipulation of Dismissal with Prejudice. [Document # 32].

Defendant has submitted an answer, and therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1), this case is dismissed.

IT IS SO ORDERED.

Signed: January 31, 2008

Graham C. Mullen
United States District Judge